**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **MARCUS HUFF** | § | |
| **(Limestone County #62983-510)** | § | |
| | § | |
| **V.** | § | **W-24-CA-115-ADA** |
| | § | |
| **LIMESTONE COUNTY DETENTION** | § | |
| **CENTER, et al.** | § | |

## DEFICIENCY ORDER

Before the Court is Plaintiff's civil rights complaint. Plaintiff has neither paid the $405.00 filing fee, nor has he filed an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, on or before **April 3, 2024**, must submit either the filing fee of $405.00 or must submit a completed application to proceed *in forma pauperis*.[1]

**SIGNED** on March 4, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]If Plaintiff is granted leave to proceed *in forma pauperis,* the $55 administrative fee will be waived and a $350.00 filing fee will be deducted from his inmate account in installments until the full filing fee is paid.

1