**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MARCUS HUFF** | § | |
| **(Limestone County #62983-510)** | § | |
| | § | |
| **V.** | § | **W-24-CA-115-ADA** |
| | § | |
| **LIMESTONE COUNTY DETENTION** | § | |
| **CENTER, et al.** | § | |

## ORDER

Before the Court is Plaintiff's Complaint asserting his constitutional rights have been violated. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before April 3, 2024**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1

1. In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Guidry v. Jefferson County Detention Center*, 868 F. Supp. 189, 191 (E.D. Tex. 1994) (holding that the Jefferson County Detention Center is not a legal entity subject to suit); *Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

2.      You also name the Laundry Department as a Defendant. That is also not a legal entity capable of being sued. Do you wish to pursue claims against any other Defendant? Identify any other Defendants. State exactly what it is that each defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of each defendant. Be specific.

3.    Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

4.    If your answer to question 3 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

5.   Please state whether you are currently awaiting trial on any criminal charges.

6.   If your answer to question 5 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s).  Please be specific.

7.    Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

8.    If your answer to question 7 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

9.      You indicate you are seeking "restitution" for the incident. Are you seeking monetary damages or some other form of relief. Explain what relief you seek.

10.     Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this _____ day of _____, 2024.

_____
Signature of Plaintiff

**SIGNED** on March 4, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE