**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **MARCUS HUFF** | § | |
| **(Limestone County #62983-510)** | § | |
| | § | |
| **V.** | § | **W-24-CA-115-ADA** |
| | § | |
| **LIMESTONE COUNTY DETENTION** | § | |
| **CENTER, et al.** | § | |

## ORDER

On March 4, 2024, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $405.00 or a properly supported and signed application to proceed in forma pauperis. Plaintiff had until April 3, 2024, to comply with the Court's orders. To date, Plaintiff has failed to respond to the Court's orders.

It is **ORDERED** that Plaintiff shall show cause on or before **May 6, 2024**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on April 5, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1